UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2000 FEB -3 P 3:32

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III BY ASHTON HARDY AS EXECUTOR | ) ) ) | |
| Plaintiff, | ) ) | DOCKET NO. 00-82-C-M1 |
| vs. | ) ) | 00-0349 DIVISION / SECTION ____ SECT J MAG 4 JUDGE TYSON |
| RELIANCE INSURANCE COMPANY, | ) ) | MAGISTRATE RUDLINGER |
| Defendant. | ) | |

### ORDER

Considering the foregoing Unopposed Motion to Transfer Venue and Memorandum in Support thereof,

IT IS ORDERED that the above entitled matter be transferred from the docket of this Court to the docket of the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, this ___31st___ day of ___January___, 2000.

_____
DISTRICT JUDGE

DKT. & ENTERED
DATE 2/1/00
NOTICE MAILED TO:
DATE____ BY____

RET Arnold
M Nielsen
SER PH
PS KC
EDLA-Cert

3:00-cv-00082 6 - 1
DATE: 02/01/00
DEPUTY CLERK: KC