

**MINUTE ENTRY**
**ROBY, M.J.**
**NOVEMBER 21, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHTON HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0349** |
| **RELIANCE INSURANCE COMPANY** | **SECTION: "J" (4)** |

Due to a conflict on the court's calendar, **IT IS ORDERED** that the **Settlement Conference (doc# 4)** presently set before Magistrate Judge Roby on **February 23, 2001, at 10:00 a.m.** is reset to **March 16, 2001, at 10:00 a.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before March 14, 2001**, for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618**.

<u>**All counsel are to have access to someone with full authority.**</u>

DATE OF ENTRY
NOV 2 2 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE