```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 JAN 29  PM 4: 30

                                LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III BY ASHTON HARDY, AS EXECUTOR | * DOCKET NO. 00-349- |
| Plaintiff, | * DIVISION/SECTION: J-4 |
| vs. | * JUDGE: BARBIER |
| RELIANCE INSURANCE COMPANY, | * MAGISTRATE: ROBY |
| Defendant | |

\* \* \* \* \* \* \* \* \*

### WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes the Estate of Joseph M. Costello, III, through Ashton Hardy as Executor, who submits the following Witness List:

Witness List

Plaintiff may call:

1.   Ashton Hardy as Testamentary Executor
     Hardy & Carey, L.L.P.
     110 Veterans Memorial Blvd, Ste. 300
     Metairie, LA 70005
     (504) 830-4646
     Fact witness and representative of Plaintiff

___Fee_____
___Process___
_X_Dktd____
___CtRmDep___
Doc.No.___9___

2.  John D. Stewart, P.E.
    Haag Engineering Co.
    2455 McIlver Drive
    Carrollton, TX 75006
    (972) 247-6444
    Expert opinion as to fire damage

3.  J. Fred Riley, J.D.
    Continental Electronics Corp.
    4212 S. Buckner Blvd.
    Dallas, TX  75227
    (214) 381-7161
    Fact witness

4.  Ron Baker
    CCA Electronics, Inc.
    360 Bohannon Rd.
    Fairburn, GA 30213
    (770) 964-3530
    Expert witness

5.  Laurence H. Thom, Station Engineer
    Thom Communications
    105 Stewart Avenue
    River Ridge, LA 70123
    (504)737-7743
    Fact witness

6.  Aloma Powell
    Hardy & Carey, L.L.P.
    110 Veterans Memorial Blvd, Ste. 300
    Metairie, LA 70005-4930
    (504) 830-4646
    Fact witness - station records

7.  James Naquin, Station Operator
    (address to be provided)

8.  Louis Kay, Station Operator
    (address to be provided)

9.  George Jacobs, Consulting Engineer
    G. Jacobs & Associates
    8701 Georgia Ave., Ste. 410
    Silver Springs, MD 20910
    (301) 587-8800
    Fact witness - post loss station operations

10. Any witness listed by any other party.

Respectfully Submitted,
BALDWIN & HASPEL, L.L.C.

_____
LANCE J. ARNOLD, Bar No. 18768
2200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2200
Telephone: (504) 585-7711
Telefax: (504) 585-7751
Attorney for Ashton Hardy as Executor of
the Estate of Joseph M. Costello, III

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by First Class United States mail, properly addressed and postage prepaid on this 29th day of January, 2001.

_____
LANCE J. ARNOLD

H:\DOCS\C\COSSU\00004\Pleadings\01a29lja001.wpd

3