

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III <br> BY ASHTON HARDY, AS EXECUTOR <br><br> Plaintiff, <br><br> vs. <br><br> RELIANCE INSURANCE COMPANY, <br><br> Defendant | * DOCKET NO. 00-349 <br> * DIVISION/SECTION: J-4 <br> * JUDGE: BARBIER <br> * MAGISTRATE: ROBY <br> * <br> * |

\* \* \* \* \* \* \* \* \*

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes the Estate of Joseph M. Costello, III, through Ashton Hardy as Executor, who submits the following Exhibit List:

Exhibit List:

1.   Reliance Insurance Policy No. 8566926;

2.   Letter from Reliance dated January 14, 1999 to Estate;

3.   Faxed letter from Reliance dated January 20, 1999 to Estate;

4.   Proof of Loss dated January 24, 1999;

5.   Letter dated February 19, 1999 by Continental Electronics Corporation to Ashton Hardy;

6.   Examination under Oath dated April 8, 1999 of Lawrence Thom, Ronald Baker and J. Fred Riley with all exhibits thereto consisting of 14 photographs;

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

7. Report of John Stewart, P.E. dated February 21, 2000 and photographs taken on August 26, 1999;

8. Photos taken as of the date of loss ("B" photos) referenced in examination under oath;

9. Photos taken as of the date of loss by Fred Riley ("A" photos) referenced in examination under oath;

10. Photos taken as of the date of loss by Ronald Baker referenced in examination under oath;

11. Photos taken as of the date of loss by Louis Kay (21 photos);

12. Cover letter to Continental Electronics Corporation dated January 6, 1999 to Larry Thom with attached Transmitter Site Report dated January 1, 1999;

13. Financial records of WRNO Worldwide;

14. Any exhibit listed by any other party;

15. Any depositions taken in this matter; and

16. All responses to discovery.

                                                Respectfully Submitted,
                                                BALDWIN & HASPEL, L.L.C.

LANCE J. ARNOLD, Bar No. 18768
2200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2200
Telephone: (504) 585-7711
Telefax: (504) 585-7751
Attorney for Ashton Hardy as Executor of
the Estate of Joseph M. Costello, III

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by First Class United States mail, properly addressed and postage prepaid on this 29th day of January, 2001.

_____
LANCE J. ARNOLD

H:\DOCS\C\COSSU\00004\Pleadings\01a29lja002.wpd