

MINUTE ENTRY
ROBY, M.J.
FEBRUARY 9, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHTON HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0349** |
| **RELIANCE INSURANCE COMPANY** | **SECTION: "J" (4)** |

At the request of the defendant's counsel and with the consent of the plaintiff's counsel, **IT IS ORDERED** that the **Settlement Conference (doc# 6)** presently set before Magistrate Judge Roby on **March 16, 2001, at 10:00 a.m.** is reset to **March 5, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before March 1, 2001**, for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced**, outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618**.

**All counsel are to have access to someone with full authority.**

DATE OF ENTRY
FEB 1 2 2001

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE