FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 23 PM 5:05

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III BY ASHTON HARDY AS EXECUTOR | ) ) ) ) DOCKET NO. 00-349-M4 |
| Plaintiff, | ) ) DIVISION / SECTION: J-4 |
| vs. | ) ) JUDGE: BARBIER |
| RELIANCE INSURANCE COMPANY, | ) ) MAGISTRATE: ROBY |
| Defendant. | ) |

### MOTION TO LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel comes, Defendant/Mover, Reliance Insurance Company ("Reliance"), which seeks leave of Court to file the attached very short Reply Memorandum in Support its Motion for Partial Summary Judgment because said Memorandum points out to the Court that **(1)** the Plaintiff has <u>agreed</u> with the Defendant that there exists a genuine dispute as to the cause of the loss at issue, and **(2)** Plaintiff does not dispute *in any way* that Reliance had a valid basis for contesting coverage under the vice or defect exclusion contained within the policy.


DATE OF ENTRY
MAR - 5 2001

-1-



WHEREFORE, for the purpose of focusing the Court on where Reliance believes the Plaintiff has missed the mark in opposing the instant Motion, it is prayed that the Court will allow the filing of the attached very short Reply Memorandum.

>Respectfully submitted,
>
>NIELSEN LAW FIRM
>
>_/s/ Gerald J. Nielsen_
>Gerald J. Nielsen, T.A./La.S.B. #17078
>The Pelican Building
>2121 Airline Drive, Suite 200
>Metairie, Louisiana 70001
>Telephone: (504) 837-2500
>Counsel for Defendant, Reliance Insurance Company

## CERTIFICATE OF SERVICE

I certify to mailing a true and correct copy of the foregoing to all counsel of record by depositing a copy of the same in the U.S. Mail this 23rd day of February, 2001, postage prepaid and addressed to all counsel of record.

_/s/ Gerald J. Nielsen_

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III BY ASHTON HARDY AS EXECUTOR | ) ) ) ) | DOCKET NO. 00-349-M4 |
| Plaintiff, | ) ) | DIVISION / SECTION: J-4 |
| vs. | ) ) | JUDGE: BARBIER |
| RELIANCE INSURANCE COMPANY, | ) ) | MAGISTRATE: ROBY |
| Defendant. | ) | |

## **ORDER**

Considering the foregoing Motion for leave to file Reply Memorandum in Support of Motion for Partial Summary Judgment;

IT IS ORDERED that the Reply Memorandum is to be filed as prayed.

New Orleans, Louisiana, this _____ day of _March_____, 2001

_____
JUDGE

Respectfully submitted,
NIELSEN LAW FIRM

_____
Gerald J. Nielsen, T.A. La.S.B. #17078
The Pelican Building
2121 Airline Drive, Suite 200
Metairie, Louisiana 70001
Telephone: (504) 837-2500
Counsel for Defendant, Reliance Insurance Company

-2-