

**MINUTE ENTRY**
**ROBY, M.J.**
**March 5, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHTON HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0349** |
| **RELIANCE INSURANCE COMPANY** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: Ashton Hardy and James P. Magee representing the plaintiffs and Gerald J. Nielsen, Bob Austin, and Phil Franco representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference** is set before Magistrate Judge Roby on **March 14, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before March 12, 2001**, for the confidential and exclusive use of the Magistrate. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618. All counsel are to have access to someone with full authority.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR - 6 2001