FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -8 AM 8:48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
MARCH 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE ESTATE OF JOSEPH M. COSTELLO, III<br>BY ASHTON HARDY, AS EXECUTOR | CIVIL ACTION |
| VERSUS | NO: 00-349 |
| RELIANCE INSURANCE COMPANY | SECTION: "J"(4) |

Before the Court is a **MOTION FOR PARTIAL SUMMARY JUDGMENT** (Rec. Doc. 7) filed by defendant Reliance Insurance Company. The motion, set for hearing on February 28, 2001, is before the Court on briefs, without oral argument. Plaintiff opposes the motion.

After review of this matter, the Court concludes that partial summary judgment is inappropriate. It appears that much of the same evidence offered in conjunction with the instant motion would also be presented at trial in conjunction with the

DATE OF ENTRY
MAR - 8 2001

___Fee_____
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No._____

remaining issues.[1]  Consequently, there is little to be gained from disposing of the claim at issue in Defendant's motion prior to trial regardless of how the Court were to rule today.  This is especially so given that this case will be tried before the Court sitting without a jury.  Rather than consider the evidence now only to have to rehear it again at trial, the Court declines to grant Defendant the relief sought at this time.

Accordingly;

   IT IS ORDERED that the **MOTION FOR PARTIAL SUMMARY JUDGMENT** (Rec. Doc. 7) filed by Reliance Insurance Company should be and is hereby **DENIED**.

* * * * * *

---

[1] At this time, the Court makes no determination as to the admissibility at trial of any of the evidence offered in conjunction with the motion.