```
         FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

    2001 MAR -8  PM 3:47

    LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**MARCH 8, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHTON HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0349** |
| **RELIANCE INSURANCE COMPANY** | **SECTION: "J" (4)** |

At the request of defendant's counsel and the consent of the plaintiff's counsel, **IT IS ORDERED** that the **Settlement Conference (doc# 15)** presently set before Magistrate Judge Roby on **March 14, 2001, at 2:00 p.m.** is reset to **March 20, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before March 17, 2001,** for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618.**

<u>**All counsel are to have access to someone with full authority.**</u>

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR - 9 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
Doc.No._____