

MINUTE ENTRY
ROBY, M.J.
March 20, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHTON HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0349** |
| **RELIANCE INSURANCE COMPANY** | **SECTION: "J" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference (**doc #17**) scheduled for March 20, 2001, is **Canceled.**

The District Judge's staff has been notified to enter a 60-day Order of Dismissal.

                                  KAREN WELLS ROBY
                                  UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Judge Carl J. Barbier

DATE OF ENTRY
MAR 2 1 2001

Fee____
Process____
X/Dktd____
____CtRmDep
Doc.No.____