FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 20 P 4: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARDY | CIVIL ACTION |
| VERSUS | NO: 00-349 |
| RELIANCE INS CO. | SECTION: "J" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 20th day of March, 2001

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY: MAR 21 2001

___Fee_____
___Process____
_X_Dktd_____
_X_CtRm Dep__
___Document No. 19